# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: TREASURY SECURITIES AUCTION
ANTITRUST LITIGATION**

MDL No. 2673

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On December 8, 2015, the Panel transferred 2 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __ F.Supp.3d __ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Paul G Gardephe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Gardephe.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Paul G Gardephe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 17, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY

Deputy Clerk

**IN RE: TREASURY SECURITIES AUCTION**
**ANTITRUST LITIGATION**                                    MDL No. 2673

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA SOUTHERN**

| ALS | 1 | 15−00595 | CNB Bancorp, Inc. v. Bank of Nova Scotia, New York Agency et al |

**ILLINOIS NORTHERN**

| ILN | 1 | 15−08634 | Smith v. Bank of Nova Scotia, New York Agency et al |
| ILN | 1 | 15−08859 | Rock Capital Markets, LLC v. Bank of Nova Scotia, New York Agency et al |
| ILN | 1 | 15−08890 | City of Omaha Police and Fire Retirement System et al v. Bank of Nova Scotia, New York Agency et al |
| ILN | 1 | 15−09173 | Policemen's Annuity & Benefit Fund of Chicago v. Bank of Nova Scotia, New York Agency et al |