

Gregory S. Asciolla
Partner
212 907 0827 direct
212 883 7527 fax
gasciolla@labaton.com

March 22, 2016

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

RE:   *In re Treasury Securities Auction Antitrust Litigation*, MDL No. 2673, 15-md-2673 (S.D.N.Y.)

Dear Judge Gardephe:

We represent seven plaintiffs in the above consolidated action. As Your Honor is aware, on December 8, 2015, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, transferring related cases pending in the *In re Treasury Securities Auction Antitrust Litigation* MDL to this Court.

We write to note that there are four related cases before Your Honor not yet consolidated under the MDL Master Docket:

- *Laborers' Local 231 Pension Fund v. Bank of Nova Scotia, New York Agency, et al.*, No. 15-cv-9169-PGG (S.D.N.Y., filed Nov. 20, 2015);

- *Twin City Iron Workers Pension Fund, et al. v. Bank of Nova Scotia, New York Agency, et al.*, No. 15-cv-9803-PGG (S.D.N.Y., filed Dec. 16, 2015);

- *Uniqa Capital Markets GmbH, on behalf of Uniqa Dollar Bond v. Bank of Nova Scotia, New York Agency, et al.*, No. 16-cv-180-PGG (S.D.N.Y., filed Jan. 8, 2016); and

- *American Federation of Teachers v. Bank of Nova Scotia, New York Agency, et al.*, No. 16-cv-1177-PGG (S.D.N.Y., filed Feb. 16, 2016).

Each of these four cases has been related to the first-filed *State-Boston Retirement Sys. v. Bank of Nova Scotia, New York Agency, et al.*, No. 15-cv-5794 action ("*Boston Retirement*"), one of the consolidated actions in the MDL Master Docket. Accordingly, we respectfully request that the Court consolidate these actions as well, so that a briefing schedule may be set for the appointment of interim lead counsel (which briefing schedule was vacated during the proceedings before the JPML, *see Boston Retirement,* ECF No. 154).

**Labaton Sucharow**

Hon. Paul G. Gardephe
March 22, 2016
Page 2

We stand ready to address any questions the Court may have regarding this request.

Respectfully submitted,

| /s/ Gregory S. Asciolla | /s/ Scott Martin | /s/ David W. Mitchell |
|---|---|---|
| **LABATON SUCHAROW LLP** | **HAUSFELD LLP** | **ROBBINS GELLER RUDMAN & DOWD LLP** |

cc. All counsel (by ECF)