# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.699.1194
www.kmllp.com

Of counsel
   Roger W. Kirby
   Alice McInerney

April 7, 2016

**BY ECF AND HAND DELIVERY**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *In re Treasury Securities Auction Antitrust Litig.*, MDL No. 2673, 15-md-2673;
              *Corbett v. Bank of America Corp. et al.,* 15-cv-07735

Dear Judge Gardephe:

      We represent Plaintiffs and a putative class of futures traders in *Corbett v. Bank of America Corp. et al.*, No. 15 Civ. 07735 (S.D.N.Y). Plaintiffs filed the *Corbett* Complaint on October 1, 2015, in this District. (ECF No. 5).

      We respectfully request Your Honor to consolidate the *Corbett* action with the *In re Treasury Securities Auction Antitrust Litig.* MDL Master Docket, 15-md-2673, pursuant to the Judicial Panel on Multidistrict Litigation Transfer Order dated December 8, 2015, transferring related cases to this Court.

      We appreciate Your Honor's consideration in this matter.

                                      Respectfully submitted,

                                      /s/ *David E. Kovel*
                                      David E. Kovel
                                      KIRBY McINERNEY LLP
                                      825 Third Avenue, 16th Floor
                                      New York, NY 10022
                                      Tel: 212-371-6600
                                      Fax: 212-751-2540
                                      dkovel@kmllp.com

                                      *Counsel for Corbett Plaintiffs and the*
                                      *Proposed Class of Futures Traders*

cc:    All Counsel of Record (via ECF)