Direct dial 415-968-8992 | email: Lesley@blockesq.com

July 11, 2016

**VIA ECF & U.S. Mail**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Oklahoma Police Pension and Retirement System v. Bank of Nova Scotia, New York Agency, et al.;* Case No. 1:15-cv-08149 (S.D.N.Y.)

Dear Judge Gardephe:

      I am counsel for Plaintiff Oklahoma Police Pension and Retirement System in the above-captioned action and am writing to request that the action be placed on Schedule A to the Civil Case Management Plan and Scheduling Order (15-md-2673, Dkt. 35). This action was previously accepted and related to the lead action on October 21, 2015.

      Respectfully,

      */s/ Lesley E. Weaver*

      Lesley E. Weaver
      BLOCK & LEVITON LLP
      610 16th Street, Suite 214
      Oakland, CA 94612
      Telephone: (415) 968-8999
      Fax: (617) 507-6020
      lweaver@blockesq.com