UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/22/16__

In re TREASURY SECURITIES AUCTION
ANTITRUST LITIGATION

**ORDER**

15 Md. 2673 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with counsel for the parties, it is hereby ORDERED that the

following schedule will apply to motions to appoint lead counsel, submissions concerning the

plaintiffs' steering committee, the filing of a Consolidated Amended Complaint, and any motion

to dismiss:

1.   As to motions to appoint lead counsel:

a.   Moving papers must be filed by **September 2, 2016**, and are limited to 15

pages;

b.   Responses are due on **September 16, 2016**, and are limited to 10 pages; and

c.   Reply briefs, if any, are due on **September 23, 2016**, and are limited to 7

pages.

2.   Within fourteen days of appointment of lead counsel, lead counsel will make a

recommendation to the Court as to the membership and size of the plaintiffs' steering

committee.  Any party objecting to lead counsel's recommendation will file its

objection with the Court within seven days.

3.   The Consolidated Amended Complaint will be filed 60 days after the appointment of

lead counsel.

4.       Any motion to dismiss will be filed 60 days after the filing of the Consolidated

Amended Complaint.

Winston & Strawn LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and

Simpson Thacher & Bartlett LLP will serve as liaison counsel for Defendants.

The attached Schedule A reflects the cases that have been consolidated for pretrial

purposes.

Dated:  New York, New York
        August 22, 2016

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge

2

## SCHEDULE A

- The Police Retirement System of St. Louis v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-8417 (N.D. Ill.); 1:15-cv-9968 (S.D.N.Y.)
- City of Omaha Police and Fire Retirement System et al v. Bank of Nova Scotia, New York Agency et al, No. 1:15-cv-8890 (N.D. Ill.); No. 1:15-cv-10116 (S.D.N.Y.)
- Rock Capital Markets, LLC v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-8859 (N.D. Ill); No. 1:15-cv-10117 (S.D.N.Y.)
- Policemen's Annuity & Benefit Fund of Chicago v. Bank of Nova Scotia, New Yor Agency, et al, No. 1:15-cv-9173 (N.D. Ill.); No. 1:15-cv-10118 (S.D.N.Y.)
- Smith v. Bank of Nova Scotia, New York Agency et al, No. 1:15-cv-8634 (N.D. Ill.); No. 1:16-cv-0005 (S.D.N.Y.)
- State-Boston Retirement System v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5794 (S.D.N.Y.)
- Beaver County Employees' Retirement Fund, et al. v. Bank of Nova Scotia, New York Agency, et al., No. 1:15-cv-5807 (S.D.N.Y.)
- Arkansas Teacher Retirement System v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5830 (S.D.N.Y.)
- Federighi v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5843 (S.D.N.Y.)
- United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5931 (S.D.N.Y.)
- Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5939 (S.D.N.Y.)
- United International Insurance Company v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-5957 (S.D.N.Y.)
- IBEW Local 640 Arizona Chapter NECA Pension Trust Fund v. BMO Capital Markets Corp., et al, No. 1:15-cv-6003 (S.D.N.Y.)
- City of Pontiac Police and Fire Retirement System, et al v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6072 (S.D.N.Y.)
- Rutgers Enhanced Insurance Company v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6129 (S.D.N.Y.)
- St. John v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6139 (S.D.N.Y.)
- Oklahoma Firefighters Pension and Retirement System v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6474 (S.D.N.Y.)
- Cleveland Bakers and Teamsters Pension Fund, et al. v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-6782 (S.D.N.Y.)
- United Food and Commercial Workers Local 1776 & Participating Employers Pension Fund v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6853 (S.D.N.Y.)
- Fouts v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-6892 (S.D.N.Y.)

3

- Employees Retirement System of Rhode Island, et al v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7006 (S.D.N.Y.)
- City of Atlanta Firefighters' Pension Fund v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7111 (S.D.N.Y.)
- Varner v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7325 (S.D.N.Y.)
- Franklin, et al v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7329 (S.D.N.Y.)
- Laborers Local 100 and 397 Health and Welfare Fund, et al v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7385 (S.D.N.Y.)
- Bank of Jerusalem, Ltd. v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7390 (S.D.N.Y.)
- Alaska Electrical Pension Fund v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7420 (S.D.N.Y.)
- Endeavor Trading, LLC v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-7481 (S.D.N.Y.)
- Air Conditioning and Refrigeration Industry Retirement Trust v. Bank of Nova Scotia, New York Agency, et al, No. 15-cv-8287 (S.D.N.Y.)
- American Federation of Teachers v. Bank of Nova Scotia, New York Agency, et al, No. 16-cv-1177 (S.D.N.Y.)
- UNIQA Capital Markets GmbH v. Bank of Nova Scotia, New York Agency et al, No. 16-cv-180 (S.D.N.Y.)
- Twin City Iron Workers Pension Fund et al v. Bank of Nova Scotia, New York Agency, et al, No. 15-cv-9803 (S.D.N.Y.)
- Laborers Local 231 Pension Fund v. Bank of Nova Scotia, New York Agency, No. 1:15-cv-9169 (S.D.N.Y.)
- Corbett et al v. Bank of America Corp. et al, No. 15-cv-7735 (S.D.N.Y.)
- Employees' Retirement System of the Government of the Virgin Islands v. Bank of Nova Scotia, New York Agency, et al, No. 1:15-cv-0055 (D. V.I.); 1:15-cv-9975 (S.D.N.Y.)
- CNB Bancorp, Inc. v. Bank of Nova Scotia, New York Agency et al, No. 1:15-cv-595 (S.D. Ala.); No. 1:16-cv-0030 (S.D.N.Y.)
- Breakwater Trading LCC et al v. Bank of America Corporation et al, 1:16-cv-3449 (S.D.N.Y.)
- Oklahoma Police Pension and Retirement System v. Bank of Nova Scotia, New York Agency, et al., No. 1:15-cv-8149 (S.D.N.Y.)
- University of Puerto Rico Retirement System et al. v. Bank of Nova Scotia, New York Agency, et al., No. 15-cv-8484 (S.D.N.Y.)
- Mayor and City Council of Baltimore, et al. v. Bank of Nova Scotia, New York Agency, et al., No. 15-cv-8766
- Central Laborers Pension Fund, et al. v. Bank of Nova Scotia, New York Agency, et al., 15-cv-7631 (S.D.N.Y.)
- The New Jersey Laborers Statewide Funds v. Bank of Nova Scotia, New York Agency, et al., 15-cv-7642 (S.D.N.Y.)

- <u>City of Providence v. Bank of Nova Scotia, New York Agency, et al.</u>, 15-cv-7688 (S.D.N.Y.)
- <u>Teel v. Bank of Nova Scotia, New York Agency, et al.</u>, 15-cv-7855 (S.D.N.Y.)
- <u>Torus Capital, LLC v. Bank of Nova Scotia, New York Agency, et al.</u>, 16-cv-5437