UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TREASURY SECURITIES AUCTION ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | 15 Md. 2673 (PGG)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Robert N. Kaplan and its accompanying exhibits, and all prior proceedings, pleadings and filings in this action, plaintiffs Oklahoma Firefighters Pension and Retirement System, Oklahoma Police Pension and Retirement System, and Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters, will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, Courtroom 705, New York, New York, before the Honorable Paul G. Gardephe, United States District Judge, at a time and place set by the Court, for an order to appoint Hausfeld LLP, Kaplan Fox & Kilsheimer LLP, and Spector Roseman Kodroff & Willis, P.C. as co-lead counsel for the proposed class under Rule 23(g) of the Federal Rules of Civil Procedure.

Dated: September 2, 2016

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Frederic S. Fox
Gregory K. Arenson
Donald R. Hall
Hae Sung Nam
Matthew P. McCahill
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor

1

New York, New York 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
Email: rkaplan@kaplanfox.com
Email: ffox@kaplanfox.com
Email: garenson@kaplanfox.com
Email: dhall@kaplanfox.com
Email: hnam@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: juris@kaplanfox.com

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

*/s/ Scott Martin*
Scott Martin
Irving Scher
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1195
Fax: (212) 202-4322
Email: smartin@hausfeld.com
Email: ischer@hausfeld.com

Michael D. Hausfeld
William P. Butterfield
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
Email: mhausfeld@hausfeld.com
Email: wbutterfield@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

Gary I. Smith, Jr.
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
Email: gsmith@hausfeld.com

*Attorneys for Plaintiff Oklahoma Police Pension and Retirement System*

*/s/ Eugene A. Spector*
Eugene A. Spector
Robert M. Roseman
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
rroseman@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

*Attorneys for Plaintiff Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016, I authorized the electronic filing of the foregoing with the Clerk of Court, and the electronic service of the same on all counsel of record, using the CM/ECF system.

>   */s/ Robert N. Kaplan*
>   Robert N. Kaplan