# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
   Roger W. Kirby
   Alice McInerney

**BY HAND DELIVERY AND ECF**

September 6, 2016

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *In re Treasury Sec. Auction Antitrust Litig.*, No. 15-md-02673-PGG (S.D.N.Y.)

Dear Judge Gardephe:

      Enclosed please find courtesy copies of the following documents that were electronically filed with the Court on Friday, September 2, 2016 in the above-captioned action:

- Plaintiffs' Notice of Motion to Appoint Kirby McInerney LLP as Interim Lead Counsel to Represent a Class of Treasury Futures Traders [Dkt. No. 81]
- Memorandum of Law in Support of Plaintiffs' Motion to Appoint Kirby McInerney LLP as Interim Lead Counsel to Represent a Class of Treasury Futures Traders [Dkt. No. 82];
- Declaration of David E. Kovel in Support of Plaintiffs' Motion to Appoint Kirby McInerney LLP as Interim Lead Counsel to Represent a Class of Treasury Futures Traders [Dkt. No. 83].

      Respectfully submitted,

      /s/ David E. Kovel
      David E. Kovel
      825 Third Avenue, 16th Floor
      New York, NY 10022
      Tel: (212) 371-6600
      Fax: (212) 751-2540
      dkovel@kmllp.com

*Counsel for Plaintiffs Richard Corbett and Brian Fisher and Proposed Interim Lead Counsel for a Class of Treasury Futures Traders*

cc: All counsel of record (w/o enclosures)