

September 7, 2016

**BY HAND AND BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *In re: Treasury Securities Auction Antitrust Litigation*,
No. 15-md-2673 (PGG)

*City of Providence, et al. v. Bank of Nova Scotia, New York Agency, et al.*,
No. 15-cv-7688 (S.D.N.Y.)

Dear Judge Gardephe:

I am an attorney with Pomerantz LLP ("Pomerantz"), counsel to Bank of Jerusalem, Ltd., City of Providence, Rutgers Enhanced Insurance Company, and United International Insurance Company. Enclosed please find courtesy copies of Pomerantz's Notice of Motion (Dkt. No. 113), Motion for Appointment as Interim Lead Counsel (Dkt. No. 114), and Declaration of Jeremy A. Lieberman in Support of Pomerantz's Motion for Appointment as Interim Lead Counsel (Dkt. No. 115) filed in accordance with the Quality Assurance Department of the Clerk's Office. Please be advised that although the action captioned as *City of Providence, et al. v. Bank of Nova Scotia, New York Agency, et al.*, No. 15-cv-7688 (S.D.N.Y.) ("the Providence action"), was consolidated for pretrial purposes with the 15-md-2673 action, the Providence action has not been electronically consolidated with the 15-md-2673 action. So, duplicate copies of the enclosed filings were filed in the Providence action (Dkt. Nos. 135, 136, 137).

Respectfully,

Justin S. Nematzadeh

Enclosures

CC: All counsel (by ECF w/o enclosures)

600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com

NEW YORK        CHICAGO        LOS ANGELES        WESTON, FL

{00214044;1 }