<table>
<tr><td>

KOREIN TILLERY

*Attorneys at Law*

Michigan Plaza
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601-4263

www.KoreinTillery.com

</td><td>

**George A. Zelcs**
GZelcs@KoreinTillery.com
*p: (312) 641-9750*
*f: (312) 641-9751*

</td></tr>
</table>

September 7, 2016

<u>**VIA U.S.P.S.**</u>

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *In re Treasury Securities Auction Antitrust Litigation,* 15-md-2673 (PGG)

Dear Judge Gardephe:

     Enclosed please find a courtesy copy of the following documents filed via ECF on Friday, September 2:  (1) Motion to Appoint Korein Tillery LLC, Kellogg, Huber, Hansen, Todd, Evans & Figel PLLC, and Scott + Scott, Attorneys at Law, LLP as Interim Co-Lead Counsel (ECF No. 94); (2) Memorandum of Law in Support of Motion to Appoint (ECF No. 95); and (3) Declaration of George A. Zelcs in Support of Motion to Appoint (ECF No. 96).

                                         Sincerely,

                                          George A. Zelcs

cc: All counsel (via ECF)