<table>
<tr><td>

KOREIN TILLERY

*Attorneys at Law*

Michigan Plaza
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601-4263

www.KoreinTillery.com

</td><td>

George A. Zelcs
GZelcs@KoreinTillery.com
*p: (312) 641-9750*
*f: (312) 641-9751*

</td></tr>
</table>

September 26, 2016

<u>**VIA OVERNIGHT**</u>

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:     *In re Treasury Securities Auction Antitrust Litigation,* 15-md-2673 (PGG)

Dear Judge Gardephe:

Enclosed please find courtesy copies of the following documents filed via ECF on Friday, September 23, 2016:

(1) Joint Reply of Plaintiffs Oklahoma Police Pension & Retirement System, Oklahoma Firefighters Pension & Retirement System, City of Omaha Police & Fire Retirement System, Policemen's Annuity & Benefit Fund of Chicago, Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters, Thomas E. Kalaway, and H. Rogers Varner, Jr., In Support of Motion for Appointment as Interim Co-Lead Counsel of Korein Tillery, Scott+Scott, Hausfeld, and Kaplan Fox (ECF No. 145); and

(2) Korein Tillery's letter of September 23, 2016 requesting oral arguments (ECF No. 146).

Sincerely,

*[signature]*

George A. Zelcs

cc: All counsel (via ECF)