IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TREASURY SECURITIES AUCTION ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | Civil Docket No. 15-md-02673 (PPG)<br><br>Honorable Paul D. Gardephe |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jayne A. Goldstein will withdraw as counsel of record for Plaintiffs Bank of Jerusalem, Ltd., City of Providence, Rutgers Enhanced Insurance Company and United International Insurance Company ("Plaintiffs"), and should be removed from the docket and service list with respect to the above-referenced action. Attorneys at Pomerantz LLP will continue to represent Plaintiffs in this action.

Please make the necessary changes to your files.

Dated: January 10, 2017

/s/ *Jayne A. Goldstein*
Jayne A. Goldstein
Shepherd, Finkelman, Miller & Shah, LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
E-mail: jgoldstein@sfmslaw.com
Counsel for Plaintiffs

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Date: Jan 11, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/17

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein