

May 22, 2018

**By ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

             *Re: In re Treasury Securities Antitrust Litig.*, No. 15-MD-2673 (PGG)

Dear Judge Gardephe:

        The undersigned, counsel for Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC, serve as liaison counsel for all defendants named in the above-referenced litigation.  By this letter and pursuant to Your Honor's Individual Rules of Practice I.A and IV.D, the defendants in the above-captioned action respectfully request oral argument on their Joint Motion to Dismiss the Auction Conspiracy Claims (ECF No. 270) and Joint Motion to Dismiss the Boycott Conspiracy Claims (ECF No. 274), filed in this Court on Tuesday, May 22, 2018.

                                          Respectfully submitted,

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CAHILL GORDON & REINDEL LLP | WINSTON & STRAWN LLP |
|---|---|---|
| By: */s/ Richard A. Rosen* | By: */s/ David G. Januszewski* | By: */s/ Elizabeth P. Papez* |
| Richard A. Rosen, Esq. | David G. Januszewski, Esq. | Elizabeth P. Papez, Esq. |
| *Counsel for Morgan Stanley & Co. LLC* | *Counsel for Credit Suisse Securities (USA) LLC* | *Counsel for Goldman Sachs & Co. LLC* |
| 1285 Avenue of the Americas | 80 Pine Street | 1700 K Street NW |
| New York, NY 10019 | New York, NY 10005 | Washington, DC 20006 |
| (212) 373-3000 | (212) 701-3000 | (202) 282-5000 |
| rrosen@paulweiss.com | djanuszewski@cahill.com | epapez@winston.com |

*Liaison Counsel for Defendants*

cc:    All Counsel of Record (by ECF)