

May 22, 2018

**By ECF**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

*In re: Treasury Securities Auction Antitrust Litigation,* **15-md-2673** **(PGG)**

Dear Judge Gardephe:

      Pursuant to the Court's Individual Rules of Practice I.A and IV.D, we write respectfully as Interim Co-Lead Counsel for named Plaintiffs and the proposed class to request that the Court hold oral argument on the following motions to dismiss, each filed May 22, 2018: (1) the Auction Defendants' Joint Motion to Dismiss the Auction Conspiracy Claims (ECF No. 270); (2) the Boycott Defendants' Joint Motion to Dismiss the Boycott Claims (ECF No. 274), and (3) Tradeweb Markets LLC, Tradeweb IDB Markets, Inc., and Dealerweb Inc.'s Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 278).

      We are contemporaneously filing our opposition papers on these motions on the ECF docket.

                                               Respectfully submitted,

| */s/ J. Douglas Richards* | */s/ Jay L. Himes* | */s/ Daniel L. Brockett* |
|---|---|---|
| J. Douglas Richards | Jay L. Himes | Daniel L. Brockett |
| **Cohen Milstein Sellers & Toll PLLC** | **Labaton Sucharow LLP** | **Quinn Emanuel Urquhart & Sullivan, LLP** |

*Interim Co-Lead Counsel for Plaintiffs*

cc: All Counsel of Record (by ECF)