| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Joel Cohen**

Davis Polk & Wardwell LLP   212 450 4592 tel
450 Lexington Avenue          212 701 5592 fax
New York, NY 10017            joel.cohen@davispolk.com

June 29, 2018

<u>Via ECF</u>

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *IN RE: Treasury Securities Auction Antitrust Litigation* No. 15 md 2673

Dear Judge Gardephe:

Davis Polk & Wardwell LLP represents defendant RBS Securities Inc. in the above-referenced action.  After June 29, 2018, I will no longer be associated with the law firm of Davis Polk & Wardwell LLP and thus no longer serve as counsel.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.  Davis Polk & Wardwell LLP will continue to represent the defendant in this action.


Respectfully submitted,

s/ Joel M. Cohen

Joel M. Cohen

cc:  All Counsel of Record (via ECF)


SO ORDERED.        DATE: _____

_____
U.S.D.J.