UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TREASURY SECURITIES AUCTION ANTITRUST LITIGATION | : : : : |
| This Document Pertains To:<br><br>No. 1:15-cv-07631-PGG<br>No. 1:15-cv-05939-PGG<br>No. 1:15-cv-09169-PGG | : : : No. 1:15-MD-02673-PGG : : : : : |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Central Laborers' Pension Fund, Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters, and Laborers' Local 231 Pension Fund (hereinafter "Dismissing Plaintiffs"), hereby voluntarily dismiss, without prejudice, their individual actions captioned as follows:

*Central Laborers' Pension Fund v. Bank of Nova Scotia, New York Agency, et al.,*
No. 1:15-cv-07631-PGG;

*Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters v. Bank of Nova Scotia, New York Agency, et al.,*
No. 1:15-cv-05939-PGG; and

*Laborers' Local 231 Pension Fund v. Bank of Nova Scotia, New York Agency, et al.,*
No. 1:15-cv-09169-PGG.

This voluntary dismissal does not affect any right of the Dismissing Plaintiffs to recover damages, injunctive relief, or any other relief to which they may be entitled as members of any class. The Dismissing Plaintiffs' dismissal is without prejudice to their rights to recover as a class member in the MDL action.

Dated:  December 4, 2019 */s/ William G. Caldes*
William G. Caldes
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
bcaldes@srkattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal without Prejudice to be served electronically on counsel for all parties using the Court's electronic case filing (ECF) system.

Dated:  December 4, 2019                        */s/ William G. Caldes*
                                                           William G. Caldes
                                                           **SPECTOR ROSEMAN & KODROFF, P.C.**
                                                           2001 Market Street, Suite 3420
                                                           Philadelphia, PA 19103
                                                           Tel.: (215) 496-0300
                                                           Fax: (215) 496-6611
                                                           bcaldes@srkattorneys.com