UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREASURY SECURITIES AUCTION ANTITRUST LITIGATION | **ORDER**<br><br>15 MD 2673 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On May 14, 2021, Plaintiffs in the above-captioned case requested leave to file an unredacted Amended Consolidated Complaint under seal. (Dkt. No. 379) On June 8, 2021, this Court denied Plaintiffs' request without prejudice and stated that, barring the filing of a renewed motion to seal by June 15, 2021, the Court would provide public access to the unredacted Amended Consolidated Complaint. (Dkt. No. 384) No such motion has been filed. Accordingly, the Clerk of Court is directed to place the unredacted Amended Consolidated Complaint – Docket Number 380 and its attachments – on the public docket.

Dated: New York, New York
       January 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge