**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE TREASURY SECURITIES
AUCTION ANTITRUST LITIGATION

15 **MD 2673** (PGG)

**JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion & Order dated March 31, 2022, Defendants' motions

to dismiss the Amended Complaint are granted. Plaintiffs' motion for oral argument is denied as

moot; accordingly, the consolidated case and all members cases are closed.

**Dated:** New York, New York
March 31, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

_____
**Deputy Clerk**