UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TREASURY SECURITIES AUCTION ANTITRUST LITIGATION | 15-md-2673-PGG <br><br> **<u>NOTICE OF APPEAL</u>** |

NOTICE IS HEREBY GIVEN that Plaintiffs Alaska Electrical Pension Fund, Bank of Jerusalem Ltd., Boston Retirement System, City of Atlanta Firefighters' Pension Plan, City of Pontiac Police & Fire Retirement System, Cleveland Bakers and Teamsters Health and Welfare Fund, Cleveland Bakers and Teamsters Pension Fund, Employees' Retirement System of Rhode Island, Erie County Employees' Retirement System, The Government Employees' Retirement System of the Virgin Islands, IBEW Local 640/ Arizona Chapter NECA Pension Trust Fund, MASTERINVEST Kapitalanlage GmbH, Oklahoma Police Pension and Retirement System, Rock Capital Markets, LLC, Torus Capital, LLC, UFCW Local 1500 Pension Fund, UNIQA Capital Markets GmbH, and United Food and Commercial Workers Union and Participating Food Industry Employers TriState Pension Fund, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on March 31, 2022 (ECF No. 430) and each and every part thereof.

DATED:   New York, New York
             April 28, 2022

| | |
|---|---|
| **COHEN MILSTEIN SELLERS &  TOLL PLLC** | **QUINN EMANUEL URQUHART &  SULLIVAN, LLP** |
| By: */s/ Michael Eisenkraft*<br>Michael Eisenkraft<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 838-7797<br>Fax: (212) 838-7745<br>drichards@cohenmilstein.com<br>meisenkraft@cohenmilstein.com | By: */s/ Daniel L. Brockett*<br>Daniel L. Brockett<br>Sascha N. Rand<br>Steig D. Olson<br>Thomas J. Lepri<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>danbrockett@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>thomaslepri@quinnemanuel.com |

**LABATON SUCHAROW LLP**

By: */s/ Michael P. Canty*
Michael P. Canty
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Tel: (212)-907-0700
Fax: (212)-818-0477
mcanty@labaton.com
thoffman@labaton.com

*Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| **ROBBINS GELLER RUDMAN  & DOWD LLP**<br>Patrick J. Coughlin<br>David W. Mitchell<br>Brian O. O'Mara<br>Steven M. Jodlowski<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br>patc@rgrdlaw.com | **BERGER MONTAGUE PC**<br>Eric L. Cramer<br>Merrill G. Davidoff<br>David F. Sorensen<br>Michael C. Dell'Angelo<br>Patrick F. Madden<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 875-3000<br>Fax: (215) 875-4604<br>ecramer@bm.net |

davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com

mdavidoff@bm.net
dsorensen@bm.net
mdellangelo@bm.net
pmadden@bm.net

**HAGENS BERMAN SOBOL SHAPIRO LLC**
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2022, a true and correct copy of the foregoing Notice of Appeal was filed electronically through the Court's ECF system.  In accordance with Local Civil Rule 5.2 of the United States District Court for the Southern Districts of New York and Local Rule 3.1 of the United States Court of Appeals for the Second Circuit, the Notice of Appeal has thereby been served electronically on counsel for all parties in these actions.

      */s/ Daniel L. Brockett*
Daniel L. Brockett
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com